IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kuczek, Thomas James | Case Number: 05 B 09972 |
|---|---|---|
| | Kuczek, Debra S | Judge: Squires, John H |
| | Printed: 7/15/08 | Filed: 3/18/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 6, 2008
Confirmed: May 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 106,952.35 |  |
| Secured: |  | 58,393.04 |
| Unsecured: |  | 39,743.50 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 5,363.46 |
| Other Funds: |  | 752.35 |
| Totals: | 106,952.35 | 106,952.35 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 58,393.04 | 58,393.04 |
| 3. | Internal Revenue Service | Priority | 5,325.84 | 0.00 |
| 4. | Marshall Field & Company | Unsecured | 127.22 | 169.69 |
| 5. | ECast Settlement Corp | Unsecured | 3,588.57 | 4,787.14 |
| 6. | RoundUp Funding LLC | Unsecured | 1,002.98 | 1,337.99 |
| 7. | JP Morgan Chase Bank | Unsecured | 693.84 | 925.59 |
| 8. | Resurgent Capital Services | Unsecured | 3,415.77 | 4,556.58 |
| 9. | Resurgent Capital Services | Unsecured | 1,406.66 | 1,876.49 |
| 10. | Discover Financial Services | Unsecured | 3,581.59 | 4,777.84 |
| 11. | World Financial Network Nat'l | Unsecured | 1,324.66 | 1,766.98 |
| 12. | ECast Settlement Corp | Unsecured | 1,541.70 | 2,056.65 |
| 13. | ECast Settlement Corp | Unsecured | 2,766.76 | 3,690.85 |
| 14. | Resurgent Capital Services | Unsecured | 4,174.95 | 5,569.32 |
| 15. | ECast Settlement Corp | Unsecured | 3,363.49 | 4,486.87 |
| 16. | Resurgent Capital Services | Unsecured | 1,789.24 | 2,386.86 |
| 17. | ECast Settlement Corp | Unsecured | 502.07 | 669.72 |
| 18. | ECast Settlement Corp | Unsecured | 513.50 | 684.93 |
| 19. | Bank Of America | Unsecured |  | No Claim Filed |
| 20. | Children's Memorial Hospital | Unsecured |  | No Claim Filed |
| 21. | Capital One | Unsecured |  | No Claim Filed |
| 22. | Northwest Community Hospital | Unsecured |  | No Claim Filed |
| 23. | Wal Mart Stores | Unsecured |  | No Claim Filed |
| 24. | Northwest Community Hospital | Unsecured |  | No Claim Filed |
| 25. | Northwest Periodontics | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kuczek, Thomas James | Case Number: 05 B 09972 |
|---|---|---|
|  | Kuczek, Debra S | Judge: Squires, John H |
|  | Printed: 7/15/08 | Filed: 3/18/05 |

$ 96,211.88     $ 100,836.54

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 276.12 |
| 3% | 272.62 |
| 5.5% | 1,442.80 |
| 5% | 431.25 |
| 4.8% | 827.63 |
| 5.4% | 1,788.19 |
| 6.5% | 324.85 |
|  | $ 5,363.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

